# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00190-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Docket No. 65) |
| KRYSTAL BUMGARDNER, | |
| Defendant. | |

Presently before the Court is Defendant Krystal Bumgardner's motion to compel discovery. Docket No. 65.

The motion fails as a threshold matter because it does not certify that a rule-compliant prefiling conference took place. *See* Local Criminal Rule 16-1(c) (incorporating Local Rule IA 1-3(f)).[1]

Moreover, the motion is barebones and leaves significant information omitted. For example, it is not clear to the Court whether the identified information is within the sole possession of the Government or whether the information is subject to a subpoena *duces tecum*. It is also unclear why this motion is being filed now given the expiration of the pretrial motion deadline weeks ago, *see* Docket No. 61 at 4, and the fact that it appears the subject documents have been available for several months, *see* Docket No. 65 at 3.

Accordingly, the motion to compel is **DENIED** without prejudice. Counsel must immediately engage in a rule-compliant meet and confer.[2] If counsel cannot amicably resolve this

---

[1] Although vague, it appears there may have been an email exchange. Docket No. 65 at 3. It does not appear that the exchange was ever completed, however, and exchanging emails is insufficient at any rate. *See* Local Rule IA 1-3(f).

[2] This conference must also include discussion as to whether secrecy is warranted for the prior filing, *see* Docket No. 64 (motion to seal), and for any related filing in the future. If the Government agrees that secrecy is not warranted, the parties must promptly file a stipulation regarding the pending motion to seal.

dispute, any renewed motion to compel must be filed by April 23, 2025, any response thereto must be filed by April 24, 2025, and any reply must be filed by noon on April 25, 2025.

IT IS SO ORDERED.

DATED: April 18, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE