# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>KRYSTAL BUMGARDNER,<br><br>                       Defendant. | Case No. 2:22-cr-00190-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 64) |

Presently before the Court is Defendant Krystal Bumgardner's motion to seal filed in relation to her motion to compel discovery. Docket No. 64. No response was filed.

"Unless a particular court record is one traditionally kept secret, a strong presumption in favor of access is the starting point" in analyzing a motion to seal. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations and internal quotations omitted). For sealing requests filed in relation to non-dispositive matters, a particularized showing of good cause must be made to warrant secrecy. *Id.* at 1180.

In this case, no showing has been made to justify secrecy. The motion was filed in an abundance of caution despite recognizing that the material contains no personal identifying information and despite otherwise not identifying any potentially sensitive information. *See* Docket No. 64 at 3.[1] Instead, Defendant indicates that the Government designated a document as a whole as being confidential and the accompanying motion to compel included a screenshot of a portion of that document. *See id.* at 1, 3. The mere fact that a party designated a document as confidential pursuant to a stipulated protective order does not warrant keeping that document under

---

[1] Filing a motion to seal in an abundance of caution does not generally make sense when counsel could simply confer with the opposing side about sealing in advance of filing the related motion. *Cf.* Docket No. 69 at 1 n.2.

1

seal after being filed with the Court. *See, e.g.*, *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). Moreover, the Government has not itself made any showing to support secrecy.

Accordingly, the motion to seal is **DENIED**. The Clerk's Office is **INSTRUCTED** to unseal Docket No. 65.

IT IS SO ORDERED.

DATED: May 6, 2025

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2